■ In the Matter of IRVING A. JAMES, Appellant, v ISABEL DODD et al., Respondents, and WILLIAM J. SCHELD et al., Respondents-Respondents. — Judgment of the Supreme Court, Nassau

County (Widlitz, J.), entered August 20, 1984, affirmed, without costs or disbursements (see *Matter of Rosen v McNab,* 25 NY2d 798; *Matter of Jonas v Black,* 104 AD2d 466). Mollen, P. J., Mangano, Thompson and Lawrence, JJ., concur.